MAYER | BROWN

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

October 21, 2026

**Henninger S. Bullock**
Partner
T: +1 212 506 2528
F: +1 212 849 5528
HBullock@mayerbrown.com

**VIA ECF & EMAIL**

Honorable Katherine Polk Failla, U.S.D.J
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007

**MEMO ENDORSED**

RE: *Berger et al. v. Credit Agricole Group et al.*, Case No. 1:26-cv-03186

Dear Judge Failla:

Pursuant to Rule 2(C)(i) of Your Honor's Individual Rules of Practice in Civil Cases, we write on behalf of all parties to respectfully request an extension of the briefing schedule for all parties in connection with Defendants' anticipated motion to dismiss. Plaintiffs consent to this request.

On August 11, 2026, the Court held a pre-motion conference, granted Defendants leave to file a consolidated motion to dismiss the Complaint, and entered a briefing schedule: *See* Minute Entry for Proceedings dated August 11, 2026. On September 18, 2026, the parties jointly requested an extension of the briefing schedule to facilitate discussions regarding potential amendments to the complaint or which might otherwise alter the scope of the matters that require the Court's attention. *See* ECF 31.

On September 21, 2026, the Court granted the parties' request and extended the briefing schedule as follows:

- Motion to Dismiss due by October 26, 2026
- Opposition due by December 15, 2026
- Reply due by January 15, 2027

*See* ECF 31. Since then, the parties have continued to engage in discussions which may result in an amendment to the Complaint or which may otherwise alter the scope of matters which require the Court's attention. Those discussions have been productive but remain ongoing, and the proposed further extension would afford the parties an opportunity to complete them and

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability partnership) and Tauil & Chequer Advogados (a Brazilian law partnership).

potentially narrow the scope of the anticipated motion, thereby conserving the resources of the parties and the Court.

Accordingly, the parties respectfully request a further extension of the briefing schedule as follows:

- Motion to Dismiss due by November 16, 2026

- Opposition due by January 13, 2027

- Reply due by February 10, 2027

This is the second request for an extension of the briefing schedule; the Court granted the first request on September 21, 2026.[1] There will be no prejudice to Plaintiffs, who have consented to this request. The requested extension will not require the amendment of any other deadlines in this action.

We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ *Henninger S. Bullock*
Henninger S. Bullock

cc: Counsel for plaintiffs by ECF and email

---

[1] The Court previously granted Defendants' letter motion for extension of time to answer or otherwise respond to the complaint. *See* ECF 20.

Application GRANTED. The briefing schedule is hereby EXTENDED, as follows:

- The Motion to Dismiss is due on or before **November 16, 2026;**
- The Opposition is due on or before **January 13, 2027;** and
- The Reply is due on or before **February 10, 2027.**

The Clerk of Court is directed to terminate the pending motion at docket entry 32.

Dated: October 22, 2026
New York, New York

SO ORDERED.



HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE